UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVKA STEINBERG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ICELANDIC PROVISIONS, INC.,<br><br>　　　　Defendant. | Case No. 21-cv-05568-EMC<br><br>**JUDGMENT** |

On January 25, 2022, the Court issued its Order Granting Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: January 25, 2022

_____
EDWARD M. CHEN
United States District Judge